# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARYLE VICTOR**, *as Administratrix D.B.N. of the Estate of Viola Walker*, <br> Plaintiff, <br><br> v. <br><br> **ATLIMG, LLC**, *et al.*, <br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | **CIVIL ACTION** <br><br> **NO. 22-2907** |

## ORDER

**AND NOW**, this 25th day of July, 2023, upon consideration of Defendant Christopher J. Menna i/t/a Menna Engineers & Associates' Motion to Dismiss (ECF No. 23) and Defendant ATLIMG, LLC and Defendant United Construction and Management, Inc.'s Motion to Dismiss (ECF No. 24), it is hereby **ORDERED** that Defendants' Motions (ECF Nos. 23 & 24) are **DENIED**.

**IT IS FURTHER ORDERED** that Defendant ATLIMG, LLC's Motion for Joinder of Necessary Parties (ECF No. 39) is **DENIED** as **MOOT**—in light of Defendant ATLIMG, LLC's Counsel's verbal withdrawal of said Motion at the July 24, 2023 Status Conference with this Court and the parties.

**IT IS SO ORDERED**.

BY THE COURT:

*/s/ John Milton Younge*
**JUDGE JOHN MILTON YOUNGE**